**Order entered December 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00133-CV

**SKY CAPITAL GROUP, LTD, Appellant**

**V.**

**BOMBARDIER, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

We **GRANT** the December 11, 2013 unopposed motion for extension of time to file

appellant's reply brief and **ORDER** the brief be filed no later than January 23, 2014.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE